United States Bankruptcy Court

Western District of New York

| | |
|---|---|
| In re: | Case No. 19-21081-PRW |
| John A. Hollins | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0209-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 14, 2022 | Form ID: pdforder | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John A. Hollins, 36 Engel Place, Rochester, NY 14620-1832 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion02.ro.ecf@usdoj.gov | Apr 14 2022 18:27:00 | Office of the U.S. Trustee, 100 State Street, Room 6090, Rochester, NY 14614-1321 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 16, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alison Elizabeth Romanowski | on behalf of Debtor John A. Hollins aromanowski@johndamato.com margaret@johndamato.com;jdamato@johndamato.com;merry@johndamato.com |
| George M. Reiber | trustee13@roch13.com greiber@roch13.com |
| Jason David Silver | on behalf of Creditor Reverse Mortgage Funding LLC jason.silver@gmlaw.com |
| Jason David Silver | |

on behalf of Notice of Appearance Creditor Reverse Mortgage Funding LLC jason.silver@gmlaw.com

John D'Amato

on behalf of Debtor John A. Hollins jdamato@johndamato.com margaret@johndamato.com;merry@johndamato.com;patricia.jdlaw@gmail.com

Sarah J Greenberg

on behalf of Creditor Reverse Mortgage Funding LLC sarah.greenberg@gmlaw.com bankruptcy@gmlaw.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK (ROCHESTER)
-------------------------------------------------------------------x

In re:

                                                                                                                      Case No. 2-19-21081-PRW
                                                                                                                      Chapter 13

JOHN A. HOLLINS,

                                                                                                                      **HON. PAUL R. WARREN,**
                                                                                                                      **U.S.B.J.**

              Debtor(s).
-------------------------------------------------------------------x

# [1]AMENDED CONDITIONAL ORDER TERMINATING THE STAY

# (REAL PROPERTY)

Upon consideration of the motion of Creditor Reverse Mortgage Funding LLC, dated September 16, 2020 for an order pursuant to <u>11 U.S.C. § 362</u> granting termination of the stay on the property located at 36 Engel Place, Rochester, NY 14620 the parties agreeing and based on the record, it is hereby

ORDERED, that Relief from Stay is conditioned on the performance by the Debtor of certain obligations that shall inure to the benefit of Secured Creditor, as set forth below:

ORDERED, Post-petition delinquency owed as of the entry of this order of **$3,748.07** ($3,248.07 in delinquent taxes for Monroe County Taxes for years 2020 and 2021 and Rochester County for years 2020 and 2021) + $500.00 attorney fees and cost), which delinquency will be paid by the

---

[1] Amended to correct scrivener's error in paragraph 3

Debtor at equal monthly payments of $312.34 per month commencing on April, 2022 until April, 2023, for a period of 12 months. Payments shall be made directly.

**ALL** payments, are to be made by Certified funds, or bank teller check, and made payable to the order of "Reverse Mortgage Funding". Said payments shall be mailed to:

**Compu-Link Corporation d/b/a Celink**
**P.O. Box 40761**
**Lansing MI 48901**

ORDERED, that Debtor shall continue being responsible for future property insurance, utilities and ad valorem taxes.

ORDERED, that Debtor shall be in default under this Order if he fails to make any payments not excused by Court order and she does not cure such default or she fails to provide for the full cure and maintenance of Secured Creditor's claim in a proposed plan within ten days.

ORDERED, that an order granting relief from stay shall be entered without further hearing ten (10) days after the Trustee or Movant files a declaration of default, a copy of which must be served on Debtor's attorney. If the Debtor has no attorney, a copy must be served to the Debtor, pro se, at the primary residence.

ORDERED, the adequate protection figures shall not be binding on the Movant with respect to its Proof of Claim, confirmation of the Debtor's proposed Plan, or for any other issues in this bankruptcy or outside of this bankruptcy.

ORDERED, the terms of this order shall survive confirmation and subsequent orders providing for conversion or modification of a confirmed plan.

ORDERED, Secured Creditor shall serve this order on the debtor, any trustee and any other party who entered an appearance on the objection to the plan.

Dated: March 8, 2022                                   Dated: March 8, 2022

*/s/ Sarah J. Greenberg, Esq.*                         */s/John D'Amato*_____
Sarah J. Greenberg                                     John D' Amato
Attorney for the Creditor                              Attorney for the Debtor


SO ORDERED.

DATED: April 14, 2022                    _____/s/_____
       Rochester, New York           HON. PAUL R. WARREN
                                      United States Bankruptcy Judge